UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>       Plaintiff,<br><br>    vs.<br><br>ETHEL MAE HOOPER, AS TRUSTEE OF THE HOOPER 2006 FAMILY TRUST; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 2:22-cv-08187-PA (JCx)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

1     Based on the request from Plaintiff and for good cause shown:

3     IT IS HEREBY ORDERED that the entire action be dismissed without

5 prejudice.   The Court declines to retain jurisdiction.

7     SO ORDERED.

9     DATED: April 24, 2023                _____
                                                                   Percy Anderson
                                                              United States District Judge